

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-51-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER GRANTING |
| V. | ) | DEFENDANT'S MOTION TO |
| | ) | SEQUESTER WITNESSES |
| DEMETRIUS MCKOY, | ) | |
| Defendant. | ) | |

Defendant's Motion for Sequestration of Witnesses is GRANTED.

All witnesses, other than the Defendant, shall remain outside of the courtroom until called to testify and all witnesses are hereby instructed not to discuss their testimony with other witnesses throughout the entirety of the trial.

SO ORDERED this the __14__ day of August, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE