UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:09-CR-51-1BO

United States of America
     vs.                                    ORDER
Demetrius Antonio McKoy

     IT IS HEREBY ORDERED that the following Government Exhibit(s) be returned to TFO Shawn Collins, Fayetteville Police Department and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Govt's Exhibit(s): # 1 - Mossberg shotgun
Govt's Exhibit(s): # 2 - Winchester ammo
Govt's Exhibit(s): # 15 - Marijuana
Govt's Exhibit(s): # 16 - Cocaine
Govt's Exhibit(s): # 16b - Plastic bag drugs secured in
Govt's Exhibit(s): # 16c - Small white paper with other items
Govt's Exhibit(s): # 17 - 1 box of plastic baggies
Govt's Exhibit(s): # 18 - Small bottle of super inositol
Govt's Exhibit(s): # 19 - Spoon
Govt's Exhibit(s): # 20 - Digital Scale with traces of cocaine
Govt's Exhibit(s): # 21 - Digital Scale with traces of cocaine

This 16 day of August, 2011 - Exhibit received by:

SHAWN M. COLLINS
Print name

S. Collins
Sign name

August 16, 2011                                   Terrence Boyle
                                                     TERRENCE W. BOYLE, US District Judge