IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-51-1-BO
No. 5:16-CV-608-BO

DEMETRIUS ANTONIO MCKOY, )
)
    Petitioner, )
)
  v. ) ORDER
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

For good cause having been shown upon the unopposed motion of Respondent, it is hereby ORDERED that the abeyance at Docket Entry 141 is hereby LIFTED.

This __1__ day of September, 2017.

_____
TERRENCE W. BOYLE
United States District Judge